**DISMISS and Opinion Filed August 19, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00765-CV

**SAMCO CAPITAL MARKETS, INC. AND ROGER J. ENGEMOEN, JR., Appellants**

**V.**

**PENSON TECHNOLOGIES, LLC, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00872**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Brown
Opinion by Justice Myers

Before the Court is appellants' motion to dismiss the appeal. Appellants have informed the Court that the parties have settled their differences. Accordingly, we grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

140765F.P05

/Lana Myers/
LANA MYERS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

SAMCO CAPITAL MARKETS, INC. AND
ROGER J. ENGEMOEN, JR., Appellants

No. 05-14-00765-CV        V.

PENSON TECHNOLOGIES, LLC,
Appellee

On Appeal from the 14th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-14-00872.
Opinion delivered by Justice Myers.
Justices Lang and Brown, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered this 19th day of August, 2014.